**Order entered April 15, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00152-CV

### ALPHA OMEGA CHL, INC., Appellant

### V.

### MIN LAW FIRM, P.C., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07799**

### ORDER

The Court **VACATES** this Court's order dated April 14, 2020 ordering the court reporter to file the reporter's record pending determination of appellee's motion to dismiss the appeal.

We **DIRECT** the Clerk of this Court to send a copy of this order to Gina Udall, Official Court Reporter for the 160th Judicial District Court, and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE